**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**(FORT WAYNE)**

ZACHARY DANIEL BURCH,

       Plaintiff,

   v.

EQUIFAX INFORMATION SERVICES LLC,
PROCOLLECT, INC., and TRANS UNION
LLC

       Defendants.

Case No. 1:26-cv-00155-HAB-ALT

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT Neil R. Peluchette, an attorney with the law firm TAFT STETTINIUS & HOLLISTER LLP, hereby enters his appearance as attorney for Defendant Equifax Information Services LLC ("Equifax"), in the above-captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon him.

DATED:  June 18, 2026

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Neil R. Peluchette*
   Neil R. Peluchette, Atty. No. 35577-82
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
npeluchette@taftlaw.com

*Counsel for Defendant,*
*Equifax Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026, I presented the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Neil R. Peluchette*
Neil R. Peluchette