**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| ZACHARY DANIEL BURCH,<br><br>                     Plaintiffs,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC; TRANS UNION LLC; and<br>PROCOLLECT, INC.,<br><br>                     Defendant. | Civil Action No.: 1:26-cv-00155-HAB-ALT |

## CERTIFICATION OF COMPLIANCE WITH SUBMITTING ESTIMATES OF FEES AND EXPENSES TO CLIENT

Austin Griffin, counsel for Plaintiff Zachary Daniel Burch ("Plaintiff"), certifies to the

Court, that both estimates of fees and expenses have been supplied to Plaintiff.

Dated: June 24, 2026,

                     */s/ Austin Griffin*
                     Austin Griffin, FL #117740
                     *Admitted Pro Hac Vice*
                     **CONSUMER JUSTICE LAW FIRM PLC**
                     8095 N. 85th Way
                     Scottsdale, AZ 85258
                     T: (305) 433-3252
                     F: (480) 613-7733
                     E: agriffin@consumerjustice.com

                     Mehak Rizvi, Bar #6341462
                     **CONSUMER JUSTICE LAW FIRM PLC**
                     8095 N 85th Way
                     Scottsdale, AZ 85258
                     T: (602) 807-1519
                     F: (480) 613-7733
                     E: mrizvi@consumerjustice.com

                     *Attorneys for Plaintiff Zachary Daniel Burch*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I electronically filed the following document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.


*/s/ Aaron Corral*