**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA (FORT WAYNE)**

---

ZACHARY DANIEL BURCH,
     Plaintiff,

     vs.

EQUIFAX INFORMATION SERVICES
LLC, TRANS UNION LLC; and
PROCOLLECT, INC.;
     Defendants.

CASE NO.  1:26-cv-00155-HAB-ALT

Judge Holly A. Brady
Magistrate Andrew L. Teel

---

**CERTIFICATION OF COMPLIANCE WITH SUBMITTING ESTIMATES OF FEES AND EXPENSES TO CLIENT**

---

Hope Blankenberger, counsel for Defendant Trans Union LLC ("Trans Union"), certifies to the Court pursuant to the Notice of Preliminary Pretrial Conference (ECF 16), that estimates of fees and expenses have been supplied to Trans Union.

Dated: June 24, 2026

Respectfully submitted,

*/s/Hope Blankenberger*
Hope Blankenberger, Esq. (IN# 381333-49)
Quilling, Selander, Lownds, Winslett &
 Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  317-497-5600, Ext. 614
Fax:  317-899-9348
E-Mail:  hblankenberger@qslwm.com

*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of June, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Austin J. Griffin, Esq.<br>agriffin@consumerjustice.com | Mehak F. Rizvi, Esq.<br>mrizvi@consumerjustice.com |
| Sylas A. Kern, Esq.<br>skern@seyfarth.com | Katherine E. Carlton Robison, Esq.<br>Katherine.carltonrobinson@transunion.com |
| Neil R Peluchette, Esq.<br>npeluchette@taftlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of June, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/Hope Blankenberger
Hope Blankenberger, Esq. (IN# 381333-49)
Quilling, Selander, Lownds, Winslett &
 Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  317-497-5600, Ext. 614
Fax:  317-899-9348
E-Mail:  hblankenberger@qslwm.com

*Counsel for Defendant Trans Union LLC*