**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| ZACHARY DANIEL BURCH,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and PROCOLLECT, INC.,<br>       Defendants. | Case No.: 1:26-cv-00155-HAB-ALT<br><br>Judge Holly A. Brady<br>Magistrate Andrew L. Teel |

**CERTIFICATION OF COMPLIANCE WITH SUBMISSION OF ESTIMATES OF FEES AND EXPENSES TO EQUIFAX**

Neil Peluchette, counsel for Defendant Equifax Information Services, LLC, certifies to the Court pursuant to the Notice of Preliminary Pretrial Conference (Dkt. 16), that a written estimate of fees and expenses if this case is fully litigated through trial has been provided to Equifax.

DATED:  June 25, 2026

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Neil R. Peluchette*
    Neil R. Peluchette, Atty. No. #35577-82
    npeluchette@taftlaw.com
    TAFT STETTINIUS & HOLLISTER LLP
    One Indiana Square
    Suite 3500
    Indianapolis, IN  46204
    Telephone:  (317) 713-3500
    Facsimile:  (317) 713-3699

*Counsel for Defendant*
*Equifax Information Services LLC*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Neil R. Peluchette*
Neil R. Peluchette