UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ZACHARY DANIEL BURCH,                    )
                                         )        CASE NO. 1:26-CV-155-HAB-ALT
EQUIFAX INFORMATION                      )
SERVICES, LLC, et al.,                   )

**SCHEDULING ORDER AND
MEMORANDUM OF PRELIMINARY PRETRIAL CONFERENCE**

In accordance with Fed. R. Civ. P. 16, a Preliminary Pretrial Conference was held on June 30, 2026, at which the Report of Parties' Planning Meeting of June 24, 2026 was discussed. The Court sets the following deadlines pursuant to Fed. R. Civ. P. 16(b):

1. Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by June 26, 2026.

2. Discovery Plan.

The last date for the completion of all discovery is May 7, 2027.

Each party may conduct a maximum of 10 depositions, limited to a maximum of 7 hours, unless extended by agreement of parties or order of the court.

The Court having considered the parties' submission concerning electronic discovery disputes, now adopts and incorporates by reference the parties' agreement as contained in the Report of Parties Planning Meeting of June 24, 2026.

The serving of reports from retained experts under Rule 26(a)(2) are due from Plaintiff(s) by February 5, 2027; and from Defendant(s) by March 5, 2027.

Supplementation under Rule 26(e) due March 19, 2027.

3. Other Items.

The last date to seek leave of Court to amend the pleadings as to Plaintiff(s) is August 7, 2026; as to Defendant(s) is August 7, 2026.

Except as otherwise noted, the deadlines in this Order may be modified only for good cause and with the judge's consent pursuant to Fed. R. Civ. P. 16(b)(4).

The presiding judge will hold a status conference to set a final pretrial conference and trial.

The timing for filing witness and exhibit disclosures under Fed. R. Civ. P. 26(a)(3) shall be governed by separate order issued by the presiding judge. Likewise, deadlines related to motions *in limine*, *Daubert* motions, and motions to quash or strike either witnesses or evidence, will be established at a pretrial status conference conducted by the presiding judge.

The deadline to file any dispositive motions is June 25, 2027, with any response due 28 days thereafter and any reply due 14 days after the filing of a response, consistent with Local Rule 56-1(b) and (c).

To promote the speedy and just resolution of this matter, consistent with Fed. R. Civ. P. 1, and Local Rule 16-6(b), the parties are encouraged to engage in direct negotiations and/or alternative dispute resolution. To that end, the parties shall name a mediator no later than July 31, 2026. If the parties cannot agree upon a mediator, or if none is named, the Court will appoint a mediator.

**SO ORDERED:** June 30, 2026

s/Andrew L. Teel
Andrew L. Teel, U.S. Magistrate Judge